## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KAYLEE THOMPSON**, | |
| Plaintiff; | |
| vs. | Case No. CIV-16-875-C |
| **DCW INVESTMENTS, LLC**, a domestic limited liability company, | (Formerly Canadian County Case No. CJ-2016-314) |
| Defendant. | |

### DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Kaylee Thompson, and dismisses her cause of action as to Defendant with prejudice as to refiling of same.

 

NOVEMBER 8, 2016
Date

s/D. COLBY ADDISON
D. Colby Addison, OBA #32718
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile: 405.703.4061
E-mail: Colby@lhllaw.com
ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF MAILING**

This is to certify that on this __8th__ day of November, 2016, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Randall Coffey
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: rcoffey@fisherphillips.com

ATTORNEY FOR DEFENDANT

                                            s/D. Colby Addison
                                            D. Colby Addison