IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KAYLEE THOMPSON**, <br><br> Plaintiff; <br><br> vs. <br><br> **DCW INVESTMENTS, LLC**, a domestic limited liability company, <br><br> Defendant. | Case No. CIV-16-875-C <br><br> **(Formerly Canadian County Case No. CJ-2016-314)** |

## JOINT DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Kaylee Thompson, and dismisses her cause of action as to Defendant with prejudice as to refiling of same.

| | |
|---|---|
| <u>NOVEMBER 14, 2016</u> <br> Date | <u>s/D. COLBY ADDISON</u> <br> D. Colby Addison, OBA #32718 <br> LAIRD HAMMONS LAIRD, PLLC <br> 1332 SW 89th Street <br> Oklahoma City, OK 73159 <br> Telephone:   405.703.4567 <br> Facsimile:    405.703.4061 <br> E-mail:         Colby@lhllaw.com <br> ATTORNEY FOR PLAINTIFF <br><br> <u>s/J. RANDALL COFFEY</u> <br> J. RANDALL COFFEY, <br> FISHER & PHILLIPS, LLP <br> 4900 Main Street, Suite 650 <br> Kansas City, MO 64112 <br> Phone: (816) 842-8770 <br> Facsimile: (816) 842-8767 <br> Email: rcoffey@fisherphillips.com <br> ATTORNEY FOR DEFENDANT |

**CERTIFICATE OF MAILING**

This is to certify that on this __14th__ day of November, 2016, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Randall Coffey
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
Phone: (816) 842-8770
Facsimile: (816) 842-8767
Email: rcoffey@fisherphillips.com

ATTORNEY FOR DEFENDANT

                                                    s/D. Colby Addison_____
                                                    D. Colby Addison